UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DEVIN POSTELL, JR.,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

Case No. 3:22-cv-329

District Judge Michael J. Newman

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS BAD FAITH CLAIM WITHOUT PREJUDICE (Doc. No. 27)**

---

Pursuant to Fed. R. Civ. P. 41(a)(2), the Court **GRANTS** Plaintiff's unopposed motion to voluntarily dismiss the bad faith claim without prejudice.  Doc. No. 27.

**IT IS SO ORDERED.**

October 4, 2024

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge