UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DEVIN POSTELL, JR.,

    Plaintiff,

Case No. 3:22-cv-329

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

District Judge Michael J. Newman

    Defendant.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within forty-five (45) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

December 20, 2024

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge